UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11-cv-155-RJC

| | | |
|---|---|---|
| ALEXANDER HEWATT SHEPARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MIKE SLAGLE, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on Plaintiff's Motion for Discovery, (Doc. No. 14). The motion will be denied as premature, as Defendants have neither filed an Answer, nor otherwise pled.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for Discovery, (Doc. No. 14), is **DENIED**.

Signed: February 28, 2012

Robert J. Conrad, Jr.
Chief United States District Judge