UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11-cv-155-RJC

| | |
|---|---|
| ALEXANDER SHEPARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) **ORDER**<br>MIKE SLAGLE, Assistant )<br>Superintendent, Mtn. View )<br>Correctional Institution, )<br>DR. ROBERT UHREN, )<br>ELLEN WILEY, )<br>)<br>Defendants. )<br>_____) | |

**THIS MATTER** is before the Court on the motion of Defendant Uhren for taxation of costs against Plaintiff in this matter. The Court entered an order dismissing the complaint against Defendant Uhren on February 13, 2013. A review of the docket indicates that the Clerk of Court entered an order taxing costs against Plaintiff on March 25, 2013 therefore it appears the motion for taxation of costs is moot.

**IT IS, THEREFORE, ORDERED** that Defendant Uhren's motion for taxation of costs is **DISMISSED** without prejudice as moot. (Doc. No. 45).

Signed: June 10, 2013

Robert J. Conrad, Jr.
United States District Judge

1